Joel Heredia NARANJO, Petitioner—Appellant,

v.

Ernest ROE, Warden, Respondent—Appellee.

No. 02–56757.

D.C. No. CV–02–00068–GLT.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 2, 2003.

Decided Dec. 10, 2003.

Joel Heredia Naranjo, COSP—3C Corcoran State Prison, Level 3C Facility, Corcoran, CA, Phillip I. Bronson, Esq., Encino, CA, for Petitioner–Appellant.

Michael C. Keller, Esq., AGCA—Office of the California Attorney General (LA), Los Angeles, CA, for Respondent–Appellee.

Before KOZINSKI, NOONAN, Circuit

---

Judges, and SCHWARZER,* Senior District Judge.

## ORDER **

This case is remanded to the district court to assess whether petitioner Joel Heredia Naranjo satisfied the requisites in Fed. R.App. P. 4(a)(6) for reopening of the time to appeal the district court judgment entered on May 17, 2002.

REMANDED.

---

* The Honorable William W. Schwarzer, United States Senior District Judge for the Northern District of California, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.